IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY, a foreign
corporation,

        Plaintiff,

vs.                                        No. CIV 07-1048 JB/RHS

FRANCES WOOD,

        Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on Plaintiff's Motion to Dismiss With Prejudice on the grounds that all matters in controversy between Plaintiff and Defendant have been fully resolved; the Court, having reviewed said Motion and being otherwise fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and subject matter herein, and that said Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint for Declaratory Judgment, and all causes of action or counts that are or that could have been raised therein, be and the same hereby are dismissed with prejudice.

                                                      _____
                                                     UNITED STATES DISTRICT JUDGE

Submitted and Approved:

MONTGOMERY & ANDREWS, P.A.

By    /s/   *Brian T. Judson*
PAUL E. HOUSTON, Esq.
BRIAN T. JUDSON, Esq.
Attorneys for American National Property
and Casualty Company
P.O. Box 36210
Albuquerque, NM  87176-6210
(505) 884-4200


LAW OFFICES OF LEOF T. STRAND

By    Telephonically Approved 07-30-10
LEOF T. STRAND, Esq.
Attorneys for Defendant Frances Wood
P.O. Box 91597
7007 Wyoming Blvd. NE #A-1
Albuquerque, NM 87199-1597
(505) 247-2341