IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY, a foreign
corporation,

        Plaintiff,

vs.                                        No. CIV 07-1048 JB/RHS

FRANCES WOOD,

        Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the parties' Motion to Dismiss with Prejudice, filed July 30, 2010 (Doc. 58). The Court granted the motion to dismiss Plaintiff American National Property and Casualty Company's claims against Defendant Frances Wood with prejudice. See Order of Dismissal, filed July 31, 2010 (Doc. 59). The Court now enters final judgment.

**IT IS ORDERED** that final judgment is entered, and that Plaintiff American National Property and Casualty Company's Complaint for Declaratory Judgment, and all causes of action or counts that are or that could have been raised therein, are dismissed with prejudice.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Paul E. Houston
Brian T. Judson
Montgomery & Andrews, P.A.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Leof T. Strand
Law Offices of Leof T. Strand
Albuquerque, New Mexico

    *Attorney for the Defendant*